## People of State of Illinois, Defendant in Error, v. Ridgeway Drug Company, Plaintiff in Error.

### Gen. No. 43,260.

opinion filed February 14, 1945; released for publication March 5, 1945. John D. Vosnos, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.